UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SIERRA PROMISE DUGAN,<br><br>　　　Defendant. | Case No. 25-cv-03251-EKL<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>Re: ECF No. 15 |

Plaintiff Jonathan Christopher Coffer, a state prisoner proceeding pro se, filed a motion seeking voluntary dismissal of his civil rights lawsuit on August 28, 2025.  ECF No. 15.  A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before services by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  Said dismissal is "without prejudice" unless otherwise stated by the plaintiff.  Fed. R. Civ. P. 41(a)(1); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959). Coffer's notice of dismissal meets the criteria under Federal Rule of Civil Procedure 41(a)(1). Accordingly, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge